**Order filed September 24, 2020**



In The

# Fourteenth Court of Appeals

———————

**NO.  14-20-00557-CV**

———————

**ASHTON  B. YOUBOTY, Appellant**

**V.**

**JOHN S. YOUBOTY, SR. AND MUSU JONES, Appellee**

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-74423**

## ORDER

On August 28, 2020, an "Information Sheet by Court Reporter" was filed. The information sheet was completed by Cornita McDaniel, who states she is "a court recorder NOT a court reporter." The information sheet indicates that (1) appellant has requested a reporter's record be prepared; (2) there is not a reporter's record in this case; and (3) McDaniel has the electronically recorded hearing and has provided the recording to the attorneys.

1

We order McDaniel, the court recorder for the 270th District Court, to file with this court a recorder's record that complies with Texas Rule of Appellate Procedure 34.6(a)(2) within **15 days** of the date of this order.

Appellant's brief shall be due **30 days** after the recorder's record is filed. We direct the parties to Rule 38.5 of the Texas Rules of Appellate Procedure, which outline the procedures the parties are expected to abide by in the case of electronically recorded proceedings. *See* Tex. R. App. P. 38.5.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.